# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| WILLIAM JOSEPH DENTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:18-cv-00001 |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

This case has been transferred to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 18), which was filed on July 20, 2018. Through the Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 14) be granted, and this case be remanded. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation, and concludes that it should be adopted and approved. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 14) is **GRANTED**, and this case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE